

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, February 26, 2015

No. 04-14-00041-CR

Kyle Miller,
Appellant

v.

The State of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5502
Honorable Pat Priest, Judge Presiding

## O R D E R

Appellant has filed a "Motion for Reconsideration in Granting Request for Oral Arguments," urging that we reconsider our decision to submit this appeal on briefs and instead have oral argument. We DENY the motion.

Appellant also requests an opportunity to file a supplemental brief. Appellant may file a supplemental brief on or before **March 30, 2015**. No extensions will be granted. Any supplemental brief filed by appellant may not raise additional issues or points of error, but must only provide additional legal support for issues or points of error raised in appellant's original brief. If appellant files a supplemental brief, appellee may file a response twenty days after the date appellant's supplemental brief is filed.

**PER CURIAM**

ATTEST TO: _____
Keith E. Hottle,
Clerk of Court